IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RICHARD NERY,

    Plaintiff,

v.                                                     No. CV 14-918 KG/WPL

MOTEL 6,

    Defendant.

## FINAL ORDER

Pursuant to FED. R. CIV. P. 58(a), and consistent with the Court's Order dismissing Plaintiff's case,

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
**UNITED STATES DISTRICT JUDGE**